**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                               **4:11CR00068 JMM**

**TOMAS SUAREZ and**
**ALEXANDER MARTINEZ**

### ORDER GRANTING MOTION TO CHANGE VENUE

Pending is the Defendants' Joint Motion to Change Venue.  The United States has
responded.  While noting that the Defendants do not have a constitutional right to trial in their
home districts, the Government acknowledges that transferring the case to the Southern District of
Florida would be more convenient for the Defendants and the witnesses in the case.  The Court
agrees.  Based upon Rule 21 of the Federal Rules of Criminal Procedure and the factors set forth
in *Platt v. Minn. Mining & Mfg. Co.,*376 U.S. 240, 243-44 (1964), the Court finds that the case
should be transferred to the Southern District of Florida.

IT IS ORDERED that Defendants' Motion to Change Venue (Docket # 39) is
GRANTED.  The Clerk is directed to transfer this case to the Clerk of the Southern District of
Florida forthwith.[1]

IT IS FURTHER ORDERED that any delay occasioned by the transfer shall be
excludable under the provisions of the Speedy Trial Act, 18 U.S.C. 3161(h)(1)(E) and (7)(A).

DATED the 27th day of March, 2013.

_____
James M. Moody
United States District Judge

---

[1]  The trial of this matter was scheduled for April 8, 2013.