IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                          4:11CR00068 JMM

ALEXANDER E. MARTINEZ
TOMAS SUAREZ

## **ORDER**

Pending is the Government's Motion to Dismiss Indictment against Defendants Martinez and Suarez. For good cause shown the Motion to Dismiss Indictment (Docket #44) is GRANTED. The indictment is dismissed.

IT IS SO ORDERED this 21st day of May, 2013.

_____
James M. Moody
United States District Judge